IN THE SUPREME COURT OF TEXAS

 No. 10-0960

 IN RE XL SPECIALTY INSURANCE COMPANY AND CAMBRIDGE INTEGRATED SERVICES
 GROUP, INC.

 On Petition for Writ of Mandamus

ORDERED:

 1. Relators' emergency motion to stay, filed November 23, 2010, is
granted. The Order on Plaintiff's Motion to Compel, dated August 12, 2010,
in Cause No. DC-09-02095, styled Jerome Wagner v. XL Specialty Insurance
Company, Cambridge Integrated Services Group, Inc. and Melissa Martinez, in
the 116th District Court of Dallas County, Texas, is stayed with regard to
documents at Bates Range 000011-18, 000023, 000039-42, and 000044-45
pending further order of this Court.
 2. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this December 17, 2010.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk